UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE FRED VAN SICKLE)

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )    CR-09-175-FVS
                             )
    Vs.                      )    ORDER GRANTING UNOPPOSED
                             )    MOTION
ALICIA E. NAPIER,            )
                             )
              Defendant.     )
_____  )

**IT IS ORDERED:**

1.   Defendant's unopposed Motion to Modify Conditions of Release **[Ct. Rec. 23]** is **GRANTED.**

2.   The condition of release requiring Ms. Napier to restrain from all contact, direct or indirect, with the owners and employees of Palouse Urology PLLC is modified to allow Ms. Napier to have contact with her niece, Jessica Scott.  Ms. Napier shall restrain from any discussions with Ms. Scott regarding any and all business dealings or matters at Palouse Urology, PLLC. All other conditions of release shall remain in full force and effect.

DATED January 7, 2010.

                    S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION - 1