UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-09-175-FVS |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO TRAVEL |
| | ) | |
| ALICIA EUNICE NAPIER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is Defendant Alicia Napier's unopposed Motion to Modify Conditions of Pretrial Release.  For good cause shown, Ms. Napier's Motion **(Ct. Rec. 51)** is **GRANTED**.

Ms. Napier shall be permitted to travel to Nampa, Idaho, from May 6 through May 8, 2010.  She shall return to the Eastern District of Washington no later than May 8, 2010.  All travel plans will be provided to United States Probation Officer Rosser prior to travel.

**IT IS SO ORDERED.**

DATED April 30, 2010.


S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO TRAVEL - 1