UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>              Plaintiff,       )<br>                               )<br> v.                            )<br>                               )<br> ALICIA EUNICE NAPIER,         )<br>                               )<br>              Defendant.       )<br> _____ ) | No. CR-09-175-FVS<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY AND MOTION TO EXPEDITE |

   Pending before the court is Defendant Alicia Napier's unopposed Motion to Modify Conditions of Pretrial Release and Motion to Expedite.  For good cause shown, Ms. Napier's Motions **(ECF NO. 89, 90)** are **GRANTED**.

   Ms. Napier shall be permitted to travel to Seaside, Oregon, from July 1 through July 5, 2011.  She shall return to the Eastern District of Washington no later than July 5, 2011.  All travel plans shall timely be provided to United States Probation Officer Rosser.  All other conditions of release remain in place.

   DATED June 28, 2011.


                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY AND MOTION TO EXPEDITE